Fill in this information to identify the case:

United States Bankruptcy Court for the:
　　　　　Eastern District of Oklahoma

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | CSR-OK Real Estate Holding Company, LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  　8　1　–　3　4　6　1　6　7　7

**4. Debtor's address**

**Principal place of business**

473617 E 610 Rd
Number　　　Street

Watts, OK 74964
City　　　　　　　State　ZIP Code

Adair
County

**Mailing address, if different from principal place of business**

Number　　　Street

P.O. Box

City　　　　　　　State　ZIP Code

**Location of principal assets, if different from principal place of business**

Number　　　Street

City　　　　　　　State　ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify: ___LLC___

Case 23-80390　Doc 1　Filed 06/06/23　Entered 06/06/23 09:28:47　Desc Main
Document　　Page 1 of 52

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                                 MM / DD / YYYY

        District _____ When _____ Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                   MM / DD / YYYY

        Case number, if known _____

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 2 of 52

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

City                                        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 50-99                ☐ 1,000-5,000          ☐ 5,001-10,000        ☐ 25,001-50,000      ☐ 50,000-100,000
☐ 100-199           ☐ 200-999             ☐ 10,001-25,000                                ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000                      ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion
☐ $50,001-$100,000               ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000              ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million            ☐ $100,000,001-$500 million       ☐ More than $50 billion

Case 23-80390     Doc 1     Filed 06/06/23     Entered 06/06/23 09:28:47     Desc Main
Document     Page 3 of 52

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/06/2023
MM/ DD/ YYYY

**X** /s/ Troy Don Burgess               Troy Don Burgess
Signature of authorized representative of debtor      Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Ron Brown      Date   06/06/2023
Signature of attorney for debtor         MM/ DD/ YYYY

Ron Brown
Printed name

Brown Law Firm PC
Firm name

715 S. Elgin Ave
Number      Street

Tulsa              OK     74120
City            State    ZIP Code

(918) 585-9500        ron@ronbrownlaw.com
Contact phone          Email address

16352             OK
Bar number         State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:

CSR-OK Real Estate Holding Company, LLC,

    Debtor.

Case No.

Chapter 11 Sub V

## STATEMENT REGARDING BALANCE SHEET, STATEMENT OF OPERATIONS, CASH-FLOW STATEMENT, AND FEDERAL TAX RETURN REQUIRED UNDER 11 U.S.C. § 1116(1)

CSR-OK Real Estate Holding Company, LLC ("**Debtor**") submits to the Court ITS statement regarding submission of a balance sheet, statement of operations, cash-flow statement, and Federal tax returns as required under 11 U.S.C. § 1116(1). In support, Debtor shows the Court as follows:

1. Debtor filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on June 6, 2023, at which time an Order for Relief was entered by the Court.

2. Debtor manages its financial affairs under the authority of Title 11 of Chapter 11 of the United States Code.

3. 11 U.S.C. § 1116(1) requires a debtor-in-possession in a small business Chapter 11 case to file with the court within seven (7) days after the order for relief:

> **(A)** its most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or
> **(B)** a statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed;[1]

4. As of the date of the filing of the petition in the above-styled bankruptcy case,

---

[1] 11 U.S.C. § 1116(1)(A)-(B).

1

Debtors have not completed or otherwise prepared a balance sheet, statement of operations, cash-flow statement, or Federal tax return.

DATED: June 6, 2023.

Respectfully submitted,
**Brown Law Firm, P.C.**, by:

/s/ Ron D. Brown
Ron D. Brown, OBA #16352
R. Gavin Fouts, OBA #33738
715 S. Elgin Ave
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com
gavin@ronbrownlaw.com
*Attorneys for the Debtor*

2

Fill in this information to identify the case:

Debtor name     CSR-OK Real Estate Holding Company, LLC

United States Bankruptcy Court for the:

      Eastern District of Oklahoma

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**           _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 Bank of Hays | Checking account | 0325 | (Unknown) |
| 3.2 Bank of Hays | Checking account | 0341 | $8,646.00 |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$8,646.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document     Page 7 of 52

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                    _____ **$0.00**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:  _____ - _____ = ...... → _____
                               face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ - _____ = ...... → _____
                               face amount              doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    _____ **$0.00**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                         % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
                          Document       Page 8 of 52

**None**

17. **Total of Part 4**

    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                    $0.00

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

    **None**

20. **Work in progress**

    **None**

21. **Finished goods, including goods held for resale**

    **None**

22. **Other inventory or supplies**

    **None**

23. **Total of Part 5**

    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                    $0.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                              $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
        ☐No
        ☐Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐No. Go to Part 8.
   ☑Yes. Fill in the information below.

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
                            Document    Page 10 of 52

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **None** | | | |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Fixtures and Equipment | See attached Exhibit | **$6,308,390.12** | | **$5,808,390.12** |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | **$5,808,390.12** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

**None**

49.  **Aircraft and accessories**

     **None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **None**

51.  **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                                        $0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 9: | Real Property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**
     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| **Legal Description attached** | Fee Simple | (Unknown) | | $3,700,000.00 |
| --- | --- | --- | --- | --- |
| 55.1 473617 E 610 Rd Watts, OK 74964 | | | | |

56.  **Total of Part 9**

     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.      $3,700,000.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 10: | Intangibles and Intellectual Property |
| --- | --- |

Case 23-80390     Doc 1     Filed 06/06/23     Entered 06/06/23 09:28:47     Desc Main
                            Document          Page 12 of 52

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

   None

**61. Internet domain names and websites**

   None

**62. Licenses, franchises, and royalties**

   None

**63. Customer lists, mailing lists, or other compilations**

   None

**64. Other intangibles, or intellectual property**

   None

**65. Goodwill**

   None

**66. Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                                    _____ $0.00

**67. Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

   ☐ No. Go to Part 12.

   ☑ Yes. Fill in the information below.

Case 23-80390      Doc 1      Filed 06/06/23      Entered 06/06/23 09:28:47      Desc Main
                                    Document          Page 13 of 52

|  | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

**None**

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

73.1 **Force-placed insurance covering Real Property and Equipment carried by Bank of Hays** _____    $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 **Project Management Agreement with CSR Worldwide, Inc.** _____    $0.00

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. _____    $0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 14 of 52

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $8,646.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $5,808,390.12 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................... → | | $3,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column...... 91a. | $5,817,036.12 | + 91b. $3,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................ | | $9,517,036.12 |

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 15 of 52

**Exhibit A**
**Legal Description**

A tract of land situated in the southwest quarter of the northeast quarter and the west half of the southeast quarter of the northeast quarter of Section 24, Township 19 North, Range 25 East of the Indian Base and Meridian, Adair County, Oklahoma, being more particularly described as follows, to-wit:

Beginning at the northwest corner of said southwest quarter of the northeast quarter;

Thence North 89°39'41" East for a distance of 793.54 feet along the north line of said southwest quarter of the northeast quarter;

Thence South 14°36'11" East for a distance of 271.26 feet;

Thence South 87°30'08" East for a distance of 417.97 feet;

Thence North 1°59'20" East for a distance of 283.81 feet to a point on the north line of said southwest quarter of the northeast quarter;

Thence North 89°39'41" East for a distance of 689.38 feet along said north line and along the north line of said west half of the southeast quarter of the northeast quarter to the northeast corner of said west half of the southeast quarter of the northeast quarter;

Thence South 0°14'02" West for a distance of 1317.17 feet (South 0°14'00" West for a distance of 1318.10 feet record) along the east line of said west half of the southeast quarter of the northeast quarter to the southeast corner thereof;

Thence South 89°29'53" West (South 89°31'30" West record) for a distance of 1978.00 feet along the south line of said northeast quarter to the southwest corner of said southwest quarter of the northeast quarter;

Thence North 0°11'57" East for a distance of 1322.80 feet along the west line of said southwest quarter of the northeast quarter to the point of beginning, LESS AND EXCEPT the following:

A tract of land situated in the southwest quarter of the northeast quarter of Section 24, Township 19 North, Range 25 East of the Indian Base and Meridian, Adair County, Oklahoma, being more particularly described as follows to-wit:

Commencing at the southwest corner of said southwest quarter of the northeast quarter;

Thence North 89°29'53" East (North 89°31'30" East record) for a distance of 859.26 feet along the south line of said southwest quarter of the northeast quarter;

Thence North 2°34'42" East for a distance of 179.24 feet to the point of beginning;

Thence North 2°44'15" East for a distance of 779.11 feet;

Thence South 87°30'08" East for a distance of 376.53 feet;

QLICI Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing

Thence South 1°59'20" West for a distance of 775.01 feet;

Thence North 88°06'47" West for a distance of 386.70 feet to the point of beginning.

QLICI Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing

Equipment List

| Year | Make | Model | Serial Number |
|---|---|---|---|
| 2007 | Lindner | Meteor 2200 | 1424 |
| 2007 | Lindner | Komet 1800 | 1379 |
| | Kice Industries | 5H30 | 264688-2 |
| Unknown | Unknown | Unknown | Unknown |
| 2009 | Meri | PLB 2000 | 2105 |
| 2013 | JLG | E450AJ | 300166783 |
| Unknown | Ace | 60" Downstroke | 8710 |
| 2008 | Herbold | SMS 80/160-SX7-2 | 13356 |
| 2009 | Meri | PLB 2000 | Unknown |
| Unknown | Bunting Magnetics | | 9098073-2-01 |
| 2012 | Unknown | Gylotine | N7149 |
| Unknown | Bunting Magnetics | | 9081543-4-01 |
| 2022 | ADG | CFO25 | 12468-01 |
| 2022 | Nordson/Xaloy | WRP-35S | VB 1093 |
| 2022 | Cold Shot Chiller | CSWC-120-A | M101421-1 |
| Unknown | Rotex | 242 A MS | 27314 |
| Unknown | Gradall | 534D-9 | 644091 |
| Unknown | JLG | Model # 1932E3 | Unknown |
| Unknown | Gala | Unknown | 962239 |
| Unknown | Prodex | TMH 600-30 | 73-215 |
| Unknown | Plastics Processing | HL-9 | HL9128170921 |
| Unknown | Gala | 12.3 ECLN | 962239 |
| Unknown | Rotex | 11PS ASSS | R198078A |
| Unknown | Spin-Away Dryer | Order #E9322 | 126-94 |
| Unknown | Prodex | 600C-24 | 1282 |
| 2010 | Herbold | SMS 80/160-SX7-2 | 13357 |
| Unknown | Crown Products Inc | Unknown | EX-4113 |
| Unknown | Crown Forklift | 40FCTT-188 | 1A163118 |
| Unknown | Caterpillar | Unknown | C140469 |
| 2013 | Genie | Z-60 | Z6013-12305 |
| Unknown | Hyster | Unknown | D005D022736 |
| Unknown | Gibson | Unknown | Unknown |
| Unknown | JLG | Unknown | 4069LE |
| Unknown | JLG | Unknown | Unknown |
| 2007 | Metler Toledo | 78J3000000V4A00 | C221111234 |
| Unknown | Harrel | Unknown | Unknown |
| Unknown | Davis-Standard | 350S | 91154C |
| Unknown | Welex | Unknown | 71247296 |
| Unknown | Davis-Standard | Unknown | S9942 |
| Unknown | Case | Unknown | Unknown |
| 2007 | Unknown | Unknown | Unknown |
| Unknown | Unknown | Unknown | Unknown |
| Unknown | PTI | Unknown | Unknown |
| | PTI | | |

Miscellanous Small Pieces of Equipment and tools

**Notes/Add-Ons**

Large Shredder

Small Shredder

PVC Air Scrubber

Small PVC Grinder

Incline conveyor belt to Large Shredder

Electric Knuckle Lift

Downstroke Baler

Grinder

Outfeed conveyer from Large Shredder

Transfer Conveyor Belt

Plastic Roll Gylotine

Transfer Conveyor Belt

PTI Screen Changer Line 3

Pelletizer Line 3

Chiller Line 3

Pellet Shaker Line 3

Material Handler

Scissor Lift

Pelletizer Line 1

Extruder Line 1

Vacuum Transfer

Gala Dryer Line 1

Pellet Shaker Line 2

Spin Dryer Line 2

Extruder Line 2

Grinder

Extruder Line 6

Small Electric Forklift

Small Electric Forklift

Diesel Knuckle Lift

7000# Diesel Forklift

Extruder Line 4

Scissor Lift

Large Scissor Lift

Full Length Truck Scale

 Extruder Line #9

Extruder Line #7 Thermatic III

Extruder Line #10

Extruder Line #8

Skid Steer

Wash Line

15 Silos with Scales

PTI Slip Sheet Line

Extruder Line #6

Fill in this information to identify the case:

Debtor name _CSR-OK Real Estate Holding Company, LLC_

United States Bankruptcy Court for the: _____Eastern_____ District of _____Oklahoma_____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- |

**2.1** **Creditor's name**

_REI Subsidiary CDE 22, LLC_

**Creditor's mailing address**

_c/o REI Development Corp._

_2912 Enterprise Dr_

_Durant, OK 74701-1954_

**Creditor's email address, if known**

_charles.greenough@mcafeetaft.com_

**Date debt was incurred**        _6/17/2021_

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

_For Legal Description attached:_ **1)**
**REI Subsidiary CDE 22, LLC**; 2)
REI Subsidiary CDE 22, LLC

**Describe debtor's property that is subject to a lien**

_Legal Description attached, Bank of Hays_      $7,106,353.24    $3,700,000.00

**Describe the lien**

_Commercial Loan_

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Contingent upon application of New Markets Tax Credit Program

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $7,106,353.24

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of _4_

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

REI Subsidiary CDE 22, LLC

**Creditor's mailing address**

c/o REI Development Corp.

2912 Enterprise Dr

Durant, OK 74701-1954

**Creditor's email address, if known**

charles.greenough@mcafeetaft.com

**Date debt was incurred**      6/17/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Describe debtor's property that is subject to a lien**

Legal Description attached

**Describe the lien**

Commercial Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  | $0.00 | $3,700,000.00 |
|---|---|---|

**Remarks:** The amount due of $710,6353.24 as separately scheduled for REI Subsidiary CDE 22, LLC includes 2 loans.

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| McAfee & Taft, P.C.<br>Attn: Bonner J. Gonzalez<br>211 N. Robinson 8th Floor<br>Tulsa, OK 74102 | Line 2. _1_ | ___ ___ ___ ___ |
| Arvest Bank<br>c/o Rachel Hart<br>801 John Barrow Road Suite 516<br>Little Rock, AR 72205 | Line 2. _1_ | ___ ___ ___ ___ |
| Charles Greenough<br>McAfee & Taft, P.C.<br>2 W 2nd St Ste 1100<br>Tulsa, OK 74103 | Line 2. _2_ | ___ ___ ___ ___ |
| Arvest Bank<br>502 South Main<br>Tulsa, OK 74103-0000 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Form 206D                    Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                    page _3_ of _4_

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____CSR-OK Real Estate Holding Company, LLC_____

United States Bankruptcy Court for the:
_____Eastern District of Oklahoma_____

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address _____ _____ _____ **Date or dates debt was incurred** _____ **Last 4 digits of account number** __ __ __ __ **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _____ **Is the claim subject to offset?** ☐ No ☐ Yes | _____ | _____ |

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 25 of 52

Debtor **CSR-OK Real Estate Holding Company, LLC**
_____
Name

Case number _(if known)_ _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

Bank of Hays

Attn: Brandon Brough

1000 West 27th

Hays, KS 67601

Date or dates debt was incurred    6/17/2021

Last 4 digits of account number    4  8  7  9

As of the petition filing date, the claim is:
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Guaranty

Is the claim subject to offset?
☑ No
☐ Yes

**$5,660,945.66**

**3.2** Nonpriority creditor's name and mailing address




Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address




Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address




Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document      Page 26 of 52

Debtor     **CSR-OK Real Estate Holding Company, LLC**                                Case number *(if known)* _____
                     Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.     Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $5,660,945.66 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,660,945.66 |

Case 23-80390     Doc 1     Filed 06/06/23     Entered 06/06/23 09:28:47     Desc Main
                                    Document      Page 27 of 52

Debtor name      CSR-OK Real Estate Holding Company, LLC

United States Bankruptcy Court for the:

Eastern District of Oklahoma

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Commercial lease of Real Property and Equipment |
| | Contract to be ASSUMED |
| State the term remaining — 0 months | CSR Worldwide OK, Inc. |
| List the contract number of any government contract | 473617 E 610 Rd |
| | Watts, OK 74964-6512 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease of real property for 20 years signed June 17, 2021. |
| | Contract to be ASSUMED |
| State the term remaining — 0 months | TSD Rentals, LLC |
| List the contract number of any government contract | 472559 S 610 Rd |
| | Watts, OK 74964 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Debtor name __**CSR-OK Real Estate Holding Company, LLC**__

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Oklahoma**_____
                                                                                            (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Central States Reprocessing, LLC | 4121 Nw 37th St<br>Street<br><br>Lincoln, NE 68524<br>City            State            ZIP Code | REI Subsidiary CDE 22, LLC<br><br>REI Subsidiary CDE 22, LLC | ☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 CSR Worldwide OK, Inc. | 473617 E 610 Rd<br>Street<br><br>Watts, OK 74964-6512<br>City            State            ZIP Code | REI Subsidiary CDE 22, LLC<br><br>REI Subsidiary CDE 22, LLC | ☑ D<br>☐ E/F<br>☐ G<br><br>☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City            State            ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                                      Schedule H: Codebtors                                      page 1 of __2__

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City     State     ZIP Code | | |
| 2.6 | _____ | Street _____ | _____ | ☐ D |
| | | _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City     State     ZIP Code | | |

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 30 of 52

**Fill in this information to identify the case:**

Debtor name      CSR-OK Real Estate Holding Company, LLC

United States Bankruptcy Court for the:

     Eastern District of Oklahoma

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real Property:**

         Copy line 88 from *Schedule A/B*.......................................................................     $3,700,000.00

     1b. **Total personal property:**

         Copy line 91A from *Schedule A/B*..................................................................     $5,817,036.12

     1c. **Total of all property:**

         Copy line 92 from *Schedule A/B*....................................................................     $9,517,036.12

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

     Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................     $7,106,353.24

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**

         Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................     $0.00

     3b. **Total amount of claims of non-priority amount of unsecured claims:**

         Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................    **+**    $5,660,945.66

4. **Total liabilities**........................................................................................................     $12,767,298.90

     Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     CSR-OK Real Estate Holding Company, LLC

United States Bankruptcy Court for the:

Eastern District of Oklahoma

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1.**   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u>   to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** | From <u>01/01/2022</u>   to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $77,820.00 |
| **For the year before that:** | From <u>01/01/2021</u>   to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $108,392.00 |

**2.**   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2023</u>   to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2022</u>   to<br>MM/ DD/ YYYY | <u>12/31/2022</u><br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2021</u>   to<br>MM/ DD/ YYYY | <u>12/31/2021</u><br>MM/ DD/ YYYY | _____ | _____ |

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Document    Page 32 of 52

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>Street<br>_____<br><br>City     State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>Street<br>_____<br><br>City     State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**5.1.**

_____  _____  _____  _____
Creditor's name

_____
Street

_____

_____
City        State   ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** Creditor's name _____ Street _____ _____ City  State  ZIP Code | XXXX– __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| 7.1. **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|
| Bank of Hays, et al. v. CSR Worldwide OK, Inc., et al. | Civil | Adair County District Court Name | ☑ Pending |
| | | PO Box 426 Street | ☐ On appeal |
| **Case number** | | | ☐ Concluded |
| CJ-23-36 | | Stilwell, OK 74960-0000 City  State  ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Case 23-80390   Doc 1   Filed 06/06/23   Entered 06/06/23 09:28:47   Desc Main Document   Page 34 of 52

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number *(if known)* _____ |
| | Name | |

**8.1.**

| Custodian's name and address | Description of the property | Value |
| --- | --- | --- |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| | | Street |
| City          State     ZIP Code | Case number | City          State     ZIP Code |
| | Date of order or assignment | |

---

Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
| --- | --- | --- | --- |
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 4

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Brown Law Firm P.C. | (for 2 related bankruptcies) | 06/02/2023 | $15,000.00 |
| | **Address** | | | |
| | 715 S. Elgin Ave. | | | |
| | Street | | | |
| | | | | |
| | Tulsa, OK 74120-0000 | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Troy Burgess | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City          State     ZIP Code | _____ _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ **Yes.** Does the debtor serve as plan administrator?

     ☐ **No.** Go to Part 10.

     ☐ **Yes.** Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| 19.1 _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Don's Tractor and Equipment Repair <br> Name | | Bobcat under repair | ☐ No |
| | 65503 S 4760 Rd <br> Street | | | ☑ Yes |
| | | **Address** | | |
| | Westville, OK 74965 <br> City          State     ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address | Dates of service |
|---|---|

**26a.1.** Dana F. Cole & Company LLP
Name

1248 O St Ste 500
Street

Lincoln, NE 68508
City                    State                    ZIP Code

From June 1, 2021    To June 5 2023

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

**26b.1.**
Name

Street

City                    State                    ZIP Code

From _____    To _____

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.1.**

Name

Street

City                    State                    ZIP Code

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

**26d.1.** Equify Financial
Name

777 Main St #3900
Street

Fort Worth, TX 76102-0000
City                    State                    ZIP Code

| Name and address |
|---|

**26d.2.** South Wind Financial
Name

6470 W Desert Inn Rd
Street

Las Vegas, NV 89146-6609
City                    State                    ZIP Code

| Name and address |
| --- |

26d.3.  <u>Bank of Hays</u>
Name

<u>1000 West 27th</u>
Street

<u>Attn: Brandon Brough</u>

<u>Hays, KS 67601</u>
City                State         ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| <u>Bank of Hays</u> | <u>March 2023</u> | <u>$0.00</u> |

| Name and address of the person who has possession of inventory records |
| --- |

27.1.  <u>Bank of Hays</u>
Name

<u>1000 West 27th</u>
Street

<u>Attn: Brandon Brough</u>

<u>Hays, KS 67601</u>
City                State         ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| <u>Burgess, Troy Don</u> | <u>8505 Nw 126th St Malcolm, NE 68402-9779</u> | <u>Chief Executive Officer, None</u> | <u>0.00%</u> |
| <u>Bombola, Steven Francis</u> | <u>2900 Catalpa St Newport Beach, CA 92660-3221</u> | <u>President, None</u> | <u>0.00%</u> |
| <u>David Schwarcz</u> | <u>2350 Castle Heights Ave Los Angeles, CA 90034</u> | <u>Secretary, None</u> | <u>0.00%</u> |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From |
| | | | To |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Debtor | CSR-OK Real Estate Holding Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____06/06/2023_____
MM/ DD/ YYYY

**X** /s/ Troy Don Burgess          Printed name _____Troy Don Burgess_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Chief Executive Officer_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Official Form 207          Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main
Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Document      Page 43 of 52          page **12**

Fill in this information to identify the case:

Debtor name       CSR-OK Real Estate Holding Company, LLC

United States Bankruptcy Court for the:

      Eastern District of Oklahoma

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | REI Subsidiary CDE 22, LLC<br><br>c/o REI Development Corp.<br>2912 Enterprise Dr<br>Durant, OK 74701-1954 | (918) 587-0000<br>charles.greenough@mcafeetaft.com | Commercial Loan | Contingent | $7,106,353.24 | $3,700,000.00 | $3,406,353.24 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Case 23-80390    Doc 1    Filed 06/06/23    Entered 06/06/23 09:28:47    Desc Main Document    Page 45 of 52

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Oklahoma

**In re**  CSR-OK Real Estate Holding Company, LLC

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................ $15,000.00

Prior to the filing of this statement I have received ............................................................. $15,000.00

Balance Due .......................................................................................................................... $0.00

2.  The source of the compensation paid to me was:

☐ Debtor  ☑ Other (specify)  Troy Burgess

3.  The source of compensation to be paid to me is:

☐ Debtor  ☑ Other (specify)  Troy Burgess and Debtor

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

NOTE; Troy Burgess paid a total of $15,000 for both chapter 11 filings, including CSR Worldwide Inc. and CSR-OK Real Estate Holdings, LLC There $30 in wire fees deducted and court's filing fees.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  Note: Disclosure of Compensation includes payments for 2 bankruptcy cases. Counsel will seek fee application for all post-petition fees.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/06/2023 | | /s/ Ron Brown |
|---|---|---|
| *Date* | | Ron Brown |
| | | *Signature of Attorney* |

Bar Number: 16352
Brown Law Firm PC
715 S. Elgin Ave
Tulsa, OK 74120
Phone: (918) 585-9500

Brown Law Firm PC
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**
**OKMULGEE DIVISION**

IN RE: **CSR-OK Real Estate Holding Company,**
**LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____06/06/2023_____    Signature _____ /s/ Troy Don Burgess _____
Troy Don Burgess, Chief Executive Officer

Arvest Bank
c/o Rachel Hart
801 John Barrow Road Suite 516
Little Rock, AR 72205

Arvest Bank
502 South Main
Tulsa, OK 74103-0000

Bank of Hays
Attn: Brandon Brough
1000 West 27th
Hays, KS 67601

Central States Reprocessing,
LLC
4121 Nw 37th St
Lincoln, NE 68524

Charles Greenough
McAfee & Taft, P.C.
2 W 2nd St Ste 1100
Tulsa, OK 74103

CSR Worldwide OK, Inc.
473617 E 610 Rd
Watts, OK 74964-6512

McAfee & Taft, P.C.
Attn: Bonner J. Gonzalez
211 N. Robinson 8th Floor
Tulsa, OK 74102

REI Subsidiary CDE 22, LLC
c/o REI Development Corp.
2912 Enterprise Dr
Durant, OK 74701-1954

TSD Rentals, LLC
472559 S 610 Rd
Watts, OK 74964

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA
## OKMULGEE DIVISION

IN RE:                                                              CHAPTER **11**

**CSR-OK Real Estate Holding Company, LLC**

DEBTOR(S)                                                          CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **CSR Worldwide OK, Inc.** 473617 E 610 Rd Watts, OK 74964 | Membership Interest Units | 950 | |
| **Forked Pine Consulting, LLC** 126 Falcon Lane Lyons, CO 80540 | Membership Interest Units | 50 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Chief Executive Officer** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/06/2023** _____        Signature: /s/ Troy Don Burgess _____

*Troy Don Burgess, Chief Executive Officer*

**United States Bankruptcy Court**
**Eastern District of Oklahoma**

In re   **CSR-OK Real Estate Holding Company, LLC**      Case No.   _____

                                              Debtor(s)        Chapter           **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CSR-OK Real Estate Holding Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]

| | |
|---|---|
| **06/06/2023** | **/s/ Ron Brown** |
| Date | **Ron Brown** |
| | Signature of Attorney or Litigant |
| | Counsel for **CSR-OK Real Estate Holding Company, LLC** |
| | **Bar Number: 16352** |
| | **Brown Law Firm PC** |
| | **715 S. Elgin Ave** |
| | **Tulsa, OK 74120** |
| | **Phone: (918) 585-9500** |
| | **Email: ron@ronbrownlaw.com** |

1